# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.

JORDAN A. DERRICK,

           Defendant.

Case No. 26-MJ-00063-JAM (SWH)

## MOTION TO SEAL COMPLAINT

Comes now the United States of America, by and through the undersigned attorneys for the Western District of Missouri and moves this Honorable Court for an Order to seal the Complaint filed in this matter on May 8, 2026, pending the arrest of the defendant, Jordan A. Derrick. In support herein, the Government states as follows:

1.      Sealing the complaint in this matter pending the arrest of the defendant will preserve the integrity of the extensive investigation herein.

2.      The granting of this motion does not prejudice the defendant in any fashion.

WHEREFORE, the Government prays the Court grant a motion sealing the Complaint in this matter pending the arrest of the defendant.

           Respectfully submitted,

           R. Matthew Price
           United States Attorney

By    */s/K. Brandon Chlarson*

           K. Brandon Chlarson
           Special Assistant United States Attorney

           Charles Evans Whittaker Courthouse
           400 East Ninth Street, Suite 5510
           Kansas City, Missouri 64106
           Telephone: (816) 426-3122