**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,

                Plaintiff,

    v.                           Case No. 26-MJ-00063-JAM (SWH)

JORDAN A. DERRICK,

                Defendant.

## <u>O R D E R</u>

This matter is before the Court on the Government's motion to seal the above-captioned case and all documents in the case. On the basis of the Government's representation that disclosure of the documents or the existence of the case would jeopardize an ongoing criminal investigation, the motion will be granted.

**IT IS THEREFORE ORDERED,** that the case and all documents in the case, along with the Government's Complaint and this Order, be kept and retained under seal by the Clerk of the Court until further Order of the Court.

Dated this     8th     day of May 2026, in Kansas City, Missouri.

                              _Sarah W. Hays_
                              HONORABLE SARAH W. HAYS
                              United States Magistrate Judge
                              Western District of Missouri