**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

JORDAN ANDREW DERRICK,

                Defendant.

Case No. 26-MJ-00063-JAM

## MOTION FOR DETENTION

Comes now the United States of America, by and through its undersigned counsel, and hereby moves this Court to order the detention of defendant JORDAN ANDREW DERRICK, and states the following in support of the motion:

1. This motion is being made at the defendant's first appearance before a judicial officer. A complaint has been filed charging the defendant with engaging in the business of manufacturing explosive materials without a license, in violation of 18 U.S.C. §§ 842(a)(1) and 844(a)(1); unlawful possession of an unregistered firearm – destructive device, in violation of 26 U.S.C. §§§ 5845(a)(8), 5861(d), and 5871; and distribution of information relating to explosives in violation of 18 U.S.C. §§ 842(p)(2)(B) and 844(a)(2).

2. The defendant is charged in Count Two with a felony that involves the possession or use of a firearm or destructive device, as those terms are defined in 18 U.S.C. § 921. *See* 18 U.S.C. § 3142(f)(1)(E).

3. Based on this charge and the present motion, this Court "shall hold a hearing to determine whether any condition or combination of conditions . . . will reasonably assure the

appearance of such person as required and the safety of any other person and the community. 18 U.S.C. § 3142(f).

4.      Under the Bail Reform Act, a defendant can be detained before if "the government shows by clear and convincing evidence that no release condition or set of conditions will reasonably assure the safety of the community and by a preponderance of the evidence that no condition or set of conditions . . . will reasonably assure the defendant's appearance can a defendant be detained before trial." *United States v. Kisling*, 334 F.3d 734, 735 (8th Cir. 2003) (quoting *United States v. Orta*, 760 F.2d 887, 891 & n.20 (8th Cir. 1985) (en banc)).

5.      In determining whether pretrial detention is appropriate, the Court shall consider information concerning the nature and circumstance of the offense, the weight of the evidence against the defendant, the defendant's history and characteristics, and the danger to any person of community posed by the defendant's release. 18 U.S.C. § 3142(g).

6.      The factors set forth in § 3142(g) factors support detention in this case. First, the nature and circumstances of the charged offenses indicate the defendant poses a danger to the community. The defendant is charged with manufacturing explosive materials without a license and possessing unlicensed explosives and a destructive device. The defendant is also charged with distribution of information relating to explosives. The explosives that the defendant created and used pose an inherent danger to the community. Additionally, the defendant is alleged to have distributed instructional videos on creating and assembling explosive materials. These videos have been referenced by others, including at least one individual seeking to use explosives to commit federal crimes of violence. *See* Complaint Affidavit. Finally, the weight of the evidence against the defendant is strong, as the defendant filmed himself creating and detonating explosives.

Database checks reveal that the defendant does not have a license to be in the business of manufacturing explosives, and he does not have explosives registered in his name.

7.	The United States submits that there are no conditions which the Court could place on the defendant's release which would reasonably assure the safety of the community by clear and convincing evidence.

WHEREFORE, based on the foregoing, the United States requests that the Court hold a detention hearing in accordance with 18 U.S.C. § 3142(f), and following such hearing, order the detention of the defendant.

Respectfully submitted,

R. Matthew Price
United States Attorney

By:	/s/*K. Brandon Chlarson*

K. Brandon Chlarson
Special Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri    64106
Telephone:    (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on May 12, 2026, to the CM-ECF system of the United States District Court for the Western District of Missouri, and a copy of the foregoing will be hand-delivered to the defendant at his first appearance before a judicial officer.

*/s/K. Brandon Chlarson*
K. Brandon Chlarson
Special Assistant United States Attorney

3