IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Case No. 26-00063-01-MJ-W-JAM
)
JORDAN ANDREW DERRICK, )
)
Defendant. )

DUE PROCESS PROTECTIONS ACT ORDER

Pursuant to the Due Process Protections Act, the Court confirms the United States'

obligation to disclose to the defendant all exculpatory evidence – that is, evidence that favors the

defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S.

83 (1963) and its progeny, and ORDERS the United States to do so. Failing to disclose exculpatory

evidence in a timely manner may result in consequences, including, but not limited to, exclusion

of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary

action, or sanctions by the Court.

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE
