IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

          Plaintiff,

-vs-                         Case No.   26-mj-00063-JAM

JORDAN ANDREW DERRICK,

          Defendant.

_____

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

       Upon the above-named Defendant appearing for a hearing and having requested counsel, it is

       ORDERED that Laine Cardarella, Federal Public Defender, and all her assistant public defenders – 1000 Walnut, Ste. 600, Kansas City, MO 64106, telephone number (816) 471-8282 – are hereby appointed to represent the defendant before the Court and in all proceedings unless and until relieved by order of the United States District Court for the Western District of Missouri.

                                     /s/ Jill A. Morris
                                     JILL A. MORRIS
                                     UNITED STATES MAGISTRATE JUDGE

Kansas City, Missouri
May 12, 2026