**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,      )
                               )
                Plaintiff,     )
                               )
vs.                            )        Case No. 4:26-mj-00063-JAM-1
                               )
JORDAN A. DERRICK,             )
                               )
                Defendant.     )

## ENTRY OF APPEARANCE

Comes now Robert Kuchar, Assistant Federal Public Defender, and requests the Clerk to

enter counsel's appearance in the above captioned cause on behalf of defendant, Jordan A.

Derrick, as attorney of record.

                                        Respectfully submitted,

                                        /s/ Robert Kuchar
                                        Robert Kuchar
                                        Assistant Federal Public Defender
                                        1000 Walnut, Suite 600
                                        Kansas City, MO 64106
                                        Phone: 816-471-8282
                                        Fax: 816-471-8008
                                        Attorney for Defendant

## CERTIFICATE OF SERVICE

In accordance with Rule 49(a), (b) and (d), Fed. R. Crim. P., and Rule 5(b), Fed. R. Civ.

P., it is hereby CERTIFIED that one copy of the foregoing motion was electronically filed on

this 13th day of May 2026 and that a copy was electronically delivered to all participants of the

ECF filing system, pursuant to the Electronic Case Filing system.

                                        /s/Robert Kuchar
                                        Robert Kuchar