**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

JORDAN A. DERRICK,

                Defendant.

Case No.: 26-MJ-00063-JAM

## <u>ENTRY OF APPEARANCE</u>

Comes now the undersigned Assistant United States Attorney and enters his appearance as

lead counsel for the United States in the above-referenced case.

        Respectfully submitted,

        R. Matthew Price
        United States Attorney

By    */s/ William A. Alford, III.*

        William A. Alford, III.
        Assistant United States Attorney
        Violent Crime & Drug Trafficking Unit
        Charles Evans Whittaker Courthouse
        400 East Ninth Street, Suite 5510
        Kansas City, Missouri 64106
        Telephone:  (816) 426-3122

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on May 13, 2026 to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/s/ William A. Alford, III.
William A. Alford, III.
Assistant United States Attorney

2