IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF
MISSOURI WESTERN DIVISION

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. )     Case No. 4:26-mj-00063-JAM-1
)
JORDAN ANDREW DERRICK, )
)
    Defendant, )

## ENTRY OF APPEARANCE

COMES NOW Matthew J. Brown, and enters his appearance as counsel and for

the Defendant, JEREMY A. MATHIS in the above-captioned case. Further, the

undersigned requests that all papers, orders, pleadings, relevant tangible objects and

correspondence be directed to him at the address below.

Respectfully submitted,

By:    */s/ Matthew J. Brown*
      Matthew J. Brown 63457 MO
      Attorney for Defendant
      231 S. Bemiston Ave, Ste. 1100
      Clayton, MO 63105
      P: (314) 563-0258
      F: (314) 947-5176
      mb@combswaterkotte.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2026, the foregoing was filed electronically with
the Clerk of the Court to be served by operation of the Court's filing system.

*/s/ Matthew J. Brown*