IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF
MISSOURI WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-mj-00063-JAM-1 |
| | ) | |
| JORDAN ANDREW DERRICK, | ) | |
| | ) | |
| Defendant, | ) | |

## ENTRY OF APPEARANCE

COMES NOW Matthew J. Brown, and enters his appearance as counsel and for

the Defendant, JORDAN ANDREW DERRICK  in the above-captioned case.  Further,

the undersigned requests that all papers, orders, pleadings, relevant tangible objects and

correspondence be directed to him at the address below.

Respectfully submitted,


By:     */s/ Matthew J. Brown*
Matthew J. Brown 63457 MO
Attorney for Defendant
231 S. Bemiston Ave, Ste. 1100
Clayton, MO 63105
P: (314) 563-0258
F: (314) 947-5176
mb@combswaterkotte.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2026, the foregoing was filed electronically with
the Clerk of the Court to be served by operation of the Court's filing system.

*/s/ Matthew J. Brown*