**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,

          Plaintiff,

          v.                           Case No. 26-MJ-00063-JAM

JORDAN ANDREW DERRICK,

          Defendant.

### GOVERNMENT'S LIST OF EXHIBITS – DETENTION HEARING

The United States of America files the attached list of exhibits, which the Government may offer during the detention hearing in the above-captioned case, and requests leave to amend this list as needed.

          Respectfully submitted,

          R. Matthew Price
          United States Attorney

          By  */s/William A. Alford III*

          William A. Alford III
          Assistant United States Attorney
          VICDTR - NS
          Charles Evans Whittaker Courthouse
          400 East Ninth Street, Suite 5510
          Kansas City, Missouri 64106
          Telephone: (816) 426-3122

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on May 15, 2026, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

          */s/William A. Alford III*
          William A. Alford III
          Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 26-MJ-00063-JAM

JORDAN ANDREW DERRICK,

Defendant.

## **E X H I B I T S**

| | | |
|---|---|---|
| ˘ | = | Offered & admitted without objection. |
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | Photograph of components that can be used to construct a destructive device |
| 2 | | | | Closeup photograph of components that can be used to construct a destructive device |
| 3 | | | | Photograph of a large container that contains apparent explosive material |
| 4 | | | | Photograph of ATF jacket recovered in closet of defendant's son |

I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

PRINTED NAME

SIGNATURE

Page 1

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 5 | | | | Two photographs of firearms recovered from gun safe located in defendant's son's bedroom |
| 6 | | | | Three photographs firearms found outside of gun safe |

Case 4:26-mj-00063-JAM    Document 17    Filed 05/15/26    Page 3 of 4

| Exhibit Number | Action Taken | Date | Time | Description | Bates Range |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page 3