**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 26-MJ-00063-JAM |
| | ) | |
| JORDAN ANDREW DERRICK, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

On May 14, 2026, attorney Matthew J. Brown entered his appearance on behalf of Defendant. As a result, it is

**ORDERED** that Bob Kuchar and the Federal Public Defender's office are relieved of all further representation in this case.

*/s/Jill A. Morris*
HONORABLE JILL A. MORRIS
United States Magistrate Judge

Kansas City, Missouri
<u>May 15, 2026</u>